FILED
CHARLOTTE, NC

JUL 17 2012

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:12cr228 |
|  | ) |  |
| v. | ) | **ORDER TO SEAL** |
|  | ) | **INDICTMENT** |
|  | ) |  |
|  | ) |  |
| (1) TONY HUMPHREY | ) |  |
|  | ) |  |
| (2) COREY MILLER | ) |  |
|  | ) |  |
| (3) SADIQ WHITE | ) |  |
|  | ) |  |
| (4) ADONTE YOUNG | ) |  |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 17th day of ~~January~~ July, 2012.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE