UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00228-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TONY HUMPHREY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on several motions filed by Defendant seeking to reduce his sentence, (Doc. Nos. 123, 147, 159). While these motions were pending, the Court granted in part Defendant's Amended Motion to Vacate Sentence Under 28 U.S.C. § 2255 and ordered that Defendant be resentenced at a hearing by this Court. (Doc. No. 175). In light of that ruling and after reviewing the arguments contained in the pending motions, all of which were filed pro se, the Court will DENY the motions WITHOUT PREJDUICE for counsel to reassert any applicable arguments at the resentencing hearing.

IT IS THEREFORE ORDERED that Defendant's Motions, (Doc. Nos. 123, 147, 159), are DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: November 17, 2022

_____
Frank D. Whitney
United States District Judge

1